NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HERMAN CHAMBERS, DOC #033836,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Petitioner,　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-123
　　　　　　　　　　　　　　　　　　)
WARDEN OF HARDEE CORRECTIONAL　)
INSTITUTION,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Respondent.　　　　　　)
　　　　　　　　　　　　　　　　　　)

Opinion filed June 6, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Hardee County;
Donald G. Jacobsen, Judge.

Herman Chambers, pro se.

Beverly Brewster, Assistant General
Counsel, Department of Corrections,
Tallahassee, for Respondent.


PER CURIAM.

　　　　　　Denied.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.